UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


MARCIANA PARREIRA,

                                            1:09-CV-00229 OWW

vs.

WMC MORTGAGE, ET.AL.,                    NOTICE OF HEARING ON
                                                                               DISMISSAL FOR LACK
                                                                               OF PROSECUTION

_____/


       YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on June 22, at 10:00 AM, for dismissal for lack of prosecution.

       YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.


       DATED:  May 14, 2009

                                                                            VICTORIA MINOR, Clerk

                                    By:
                                        A. Timken, Deputy Clerk