EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdftw.com

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANA L. PARREIRA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WMC MORTGAGE, LLC, CHASE HOME FINANCE, LLC, NDEx WEST, LLC, and DOES 1 TO 50,<br><br>Defendants. | CASE NO. 1:09-cv-00229 OWW-DLB<br><br>ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

The Stipulation of Non-Monetary Status by and between Plaintiff MARCIANA L. PARREIRA and Defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

/ / /

/ / /

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

Plaintiff does not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and Plaintiff's Complaint does not allege any misconduct on its part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDEx WEST, LLC shall have no liability to Plaintiff for any monetary damages, attorney's fees or costs of suit.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: 7/7/2009                    /s/ OLIVER W. WANGER_____
                                   HONORABLE OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-2-