John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
MARCIANA PARREIRA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARCIANA PARREIRA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WMC MORTGAGE, LLC, CHASE HOME FINANCE, LLC, NDEX WEST, LLC, and DOES 1 – 10;<br><br>Defendants. | Case No.:  1:09-cv-00229-OWW-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Fed. R. Civ. Proc. 41(a)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff MARCIANA L. PARREIRA voluntarily dismisses the above-captioned action without prejudice.

/ / /

/ / /

/ / /

**JV Law**
P.O. Box 580049
Modesto, CA 95358
Tel:  209.524.9903
Fax:  209.524.6655
www.jvlaw.net

-1-

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

1  DATED: September 11, 2009                JV LAW

2

3                                      By: /s/ John W. Villines/

4                                          John W. Villines
                                           Attorneys for Plaintiffs
5                                          MARCIANA PARREIRA