John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
MARCIANA PARREIRA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARCIANA L. PARREIRA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WMC MORTGAGE, LLC, CHASE HOME FINANCE, LLC, NDEX WEST, LLC, and DOES 1 – 10;<br><br>Defendants. | Case No.:  1:09-cv-00229-OWW-DLB<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff MARCIANA L. PARREIRA has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

/ / /

IT IS ORDERED that the above-captioned action, *Parreira v. WMC*

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1 | *Mortgage, LLC, Chase Home Finance, LLC & NDEx West, LLC,* Case Number

2 | 1:09-cv-00229-OWW-DLB, be, and hereby is, dismissed without prejudice.

Dated: September 16, 2009

                                  /s/ OLIVER W. WANGER
                             United States District Court Judge

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

PDF created with pdfFactory trial version www.pdffactory.com